# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH E. GIBBS, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 16-103 RGA |
| | ) |
| v. | ) TRIAL BY JURY OF TWELVE |
| | ) DEMANDED |
| | ) |
| OFFICER BRITTNEY KETLER and | ) |
| OFFICER RUSSELL E. REED, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between the plaintiff and the defendants that all claims are dismissed with prejudice. Each party to bear their own costs.

JACOBS & CRUMPLAR, P.A.                    MURPHY & LANDON

*/s/Raeann Warner*                                     */s/Kelley M. Huff*
RAEANN WARNER, DE ID #4931         KELLEY M. HUFF, DE ID#5192
750 Shipyard Drive, Suite 200                 1011 Centre Road , Suite 210
Wilmington, DE 19801                              Wilmington, DE  19899
P: (302) 656-5445 ext. 13                         P: 302-472-8109
F: (302) 656-5875                                      F: 302-472-8135
*Attorney for Plaintiff*                                *Attorney for Defendants*

SO ORDERED this _____ day of _____, 2018.

_____
J.